# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 133 WAL 2014
:
                 Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
          v. :
:
:
:
ANTONIO HOWARD, :
:
                 Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.